IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | | |
|---|---|---|
| STATE OF KANSAS, ET AL., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | |
| JOSEPH R. BIDEN IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, ET AL.; | § § § § § | Civil Action No. 2024-CV-1057-DDC-ADM |
| *Defendants*. | § § | |

## MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs States of Kansas, Alabama, Alaska, Iowa, Idaho, Louisiana, Montana, Nebraska, South Carolina, Texas, and Utah (the "States") by and through their Attorneys General move for a Preliminary Injunction enjoining Defendants Joseph R. Biden, Michael Cardona, and the Department of Education, their agents, employees, and attorneys from implementing or acting pursuant to the Final Rule promulgated by the Department of Education titled "Improving Income Driven Repayment for the William D. Ford Federal Direct Loan Program and the Federal Family Education Loan (FFEL) Program," 88 Fed. Reg. 43,820, or from undertaking any form of student debt relief not expressly authorized by Congress.

Though the Final Rule is not set to take effect until July 2024, Defendants are actively implementing it by forgiving student loans, causing harm to the States.  The present, ongoing, and irreparable harm makes a preliminary injunction necessary. *Prairie Band of Potawatomi Indians v. Pierce*, 253 F.3d 1234, 1246 (10th Cir. 2001). A memorandum in support of this motion explains it more fully.

Respectfully submitted this 5th day of April, 2024.

**KRIS W. KOBACH**
**Attorney General of Kansas**

*/s/ Erin B. Gaide*
Erin B. Gaide, Kan. SC No. 29691
*Assistant Attorney General*
Abhishek S. Kambli, Kan. SC No. 29788
*Deputy Attorney General*
KANSAS OFFICE OF THE
 ATTORNEY GENERAL
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Email: abhishek.kambli@ag.ks.gov
erin.gaide@ag.ks.gov

Drew C. Ensign, *pro hac vice*
Holtzman Vogel Baran Torchinsky
& Josefiak PLLC
2575 E. Camelback Road, #860
Phoenix, Arizona 85016
Phone: (602) 388-1262
Email: densign@holtzmanvogel.com

/s/ Edmund LaCour
Edmund LaCour*
    *Solicitor General*
OFFICE OF THE ALABAMA
ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36104
(334) 353-2196
edmund.lacour@alabamaag.gov
*Counsel for Plaintiff State of Alabama*

/s/ Bill Milks
Bill Milks*
    *Chief Assistant Attorney General*
ALASKA DEPARTMENT OF LAW
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
(907) 465-4239
bill.milks@alaska.gov
*Counsel for Plaintiff State of Alaska*

/s/ Joshua Turner
Joshua Turner, *pro hac vice*
    *Chief of Constitutional Litigation &*
    *Policy*
700 W. Jefferson St., Suite 210,
PO Box 83720,
Boise, Idaho 83720
(208) 334-2400
josh.turner@ag.idaho.gov
*Counsel for Plaintiff State of Idaho*

/s/ Eric H. Wessan
Eric H. Wessan, *pro hac vice*
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
eric.wessan@ag.iowa.gov
*Counsel for Plaintiff State of Iowa*

/s/ Kelsey Smith
Kelsey Smith*
    *Deputy Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY
GENERAL
1885 North Third Street
Baton Rouge, Louisiana 70804
(225) 428-7432
smithkel@ag.louisiana.gov
*Counsel for Plaintiff State of Louisiana*

/s/ Christian B. Corrigan
Christian B. Corrigan, Kan. SC No. 25622
    *Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov
*Counsel for Plaintiff State of Montana*

/s/ Lincoln J. Korell
Lincoln J. Korell, *pro hac vice*
    *Assistant Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
OF NEBRASKA
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
lincoln.korell@nebraska.gov
*Counsel for Plaintiff State of Nebraska*

/s/ Joseph D. Spate
Joseph D. Spate, *pro hac vice*
Assistant Deputy Solicitor General
1000 Assembly Street
Columbia, South Carolina 29201
(803) 734-3371
josephspate@scag.gov
*Counsel for Plaintiff State of South Carolina*

/s/ Charles K. Eldred
Charles K. Eldred, *pro hac vice*
Chief, Legal Strategy Division
PO Box 12548
Austin, Texas 78711-2548
(512) 463-2100 charles.eldred@oag.texas.gov
Counsel for Plaintiff State of Texas

/s/ Lance F. Sorenson
Lance F. Sorenson*
    *Assistant Utah Attorney General*
UTAH ATTORNEY GENERAL
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
(801) 366-0100
lancesorenson@agutah.gov
*Counsel for Plaintiff State of Utah*

    **pro hac vice forthcoming*