IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| STATE OF KANSAS, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, <br> ET AL., <br><br> *Defendants*. | Civil Action No. 6:24-cv-01057-DDC-ADM |

## PLAINTIFFS' MOTION FOR SCHEDULING ORDER

1. Abhishek Kambli will be lead counsel for Plaintiffs in this case. His direct contact information is in the signature block below.

2. Plaintiffs filed a Motion for a Preliminary Injunction on April 5, 2024.

3. Pursuant to the Court's order in ECF #8, the parties discussed a scheduling order.

4. The parties were not able to come to an agreement beyond Defendants having no objection to Plaintiff's request for a decision from the court no later than June 24.

5. Plaintiffs therefore propose the following schedule

- April 22: Defendants' Response to Plaintiffs' Motion for a Preliminary Injunction due.

- April 29: Plaintiffs' Reply to Defendants' Response due.

- May 3: Defendants' sur-reply due (if any).

- Motion Hearing: Counsel is available for a hearing May 6-7, 14-16, 20-21, or 27-31.

- To the extent Defendants wish to file motions for other relief they may do so at the time proscribed in the Local Rules but not in conjunction with the Preliminary Injunction.

6. Plaintiff base this proposed schedule in part off the parties' stipulated schedule in *Biden v. Nebraska*. *See* Party Stipulation, *Nebraska v. Biden* (Attached as Ex. 1).

7. To the extent the Defendants need more time to brief their arguments, this proposed scheduling order provides more time than they agreed to in *Nebraska*.

Respectfully submitted,

        */s/ Abhishek S. Kambli*
        Abhishek S. Kambli, Kan. SC No. 29788
           *Deputy Attorney General*
        Erin B. Gaide, Kan. SC No. 29691
           *Assistant Attorney General*
        Topeka, Kansas 66612-1597
        Phone: (785) 296-6109
        Email: abhishek.kambli@ag.ks.gov
        erin.gaide@ag.ks.gov

        Drew C. Ensign, pro hac vice
        Holtzman Vogel Baran Torchinsky
        & Josefiak PLLC
        2575 E. Camelback Road, #860
        Phoenix, Arizona 85016
        Phone: (602) 388-1262
        Email: densign@holtzmanvogel.com
        *Counsel for Plaintiff State of Kansas*

**CERTIFICATE OF SERVICE**

I certify that on 11th of April, 2024, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all attorneys in this case.

*/s/ Abhishek S. Kambli*
Abhishek S. Kambli, Kan. SC No. 29788
