**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| STATE OF KANSAS, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Case No. 24-1057-DDC-ADM |

## INDEX OF EXHIBITS

- Exhibit 1: Declaration of Levon Schlichter

- Exhibit 1-A: June 14, 2023 Email from the Office of the Federal Register

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STATE OF KANSAS, *et al.*,

    Plaintiffs,

 v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,

    Defendants.

Case No. 24-1057-DDC-ADM

# EXHIBIT 1:

## Declaration of Levon Schlichter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STATE OF KANSAS, *et al.*,

        Plaintiffs,

    v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,

        Defendants.

Case No. 24-1057-DDC-ADM

## DECLARATION OF LEVON SCHLICHTER

1. I, Levon Isaac Quattrone Schlichter, am a General Attorney, Division of Regulatory Services (DRS), Office of General Counsel, at the United States Department of Education (Department). My employment in this role began on February 28, 2011.

2. As a General Attorney within DRS, my responsibilities include ensuring the submission of regulations to the Secretary for signature and, upon receipt of signature, ensuring the transmission of regulations to the Office of the Federal Register (OFR) for publication in the *Federal Register* pursuant to the Federal Register Act, 44 U.S.C. §§ 1501-11. The statements in this declaration are based on my personal knowledge or information provided to me in my official capacity.

3. On June 14, 2023, the Secretary signed the Final Rule titled *Improving Income Driven Repayment for the William D. Ford Federal Direct Loan Program and the Federal Family Education Loan (FFEL) Program*. On the same day, following receipt of the Secretary's signature, the Final Rule was uploaded to the OFR document submission portal for publication. The Final Rule was later published at 88 Fed. Reg. 43,820 (July 10, 2023).

4. An email from OFR, confirming that the Final Rule was received for publication, is attached hereto as Exhibit 1-A.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 26 day of April 2024.

*Levon Schlichter*

Levon Schlichter

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STATE OF KANSAS, *et al.*,

        Plaintiffs,

  v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,

        Defendants.

Case No. 24-1057-DDC-ADM

# EXHIBIT 1-A:

## June 14, 2023 Email from the Office of the Federal Register

**From:** Collins, Jackie
**To:** Burton, Vanessa; Malawer, Hilary
**Subject:** FW: Office of the Federal Register:Submission Status: ID:W614202316553766
**Date:** Monday, April 22, 2024 4:48:54 PM

From: noreply@fedreg.gov <noreply@fedreg.gov>
Sent: Wednesday, June 14, 2023 4:06 PM
To: Collins, Jackie <Jackie.Collins@ed.gov>
Subject: Office of the Federal Register:Submission Status: ID:W614202316553766

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Submission ID: W614202316553766

| Signed Document | Digital Signature | Special Handling | Digital Signature | Upload Status | Remarks |
|---|---|---|---|---|---|
| NFR IDR Preamble RIA PRA Regulatory Text CLEAN FOR SIGNATURE.docx | VALID | Emergency Pub Request-OPE IDR -06-14-2023 letter.hm.docx | VALID | PASSED | |

Note: Please verify the submission status of each document row in the **Upload Status** column.

Please contact ofrtechgroup@gpo.gov if you have any questions and concerns.