IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

STATE OF KANSAS, ET AL., §
§
    *Plaintiffs*, §
§
v. §
§
JOSEPH R. BIDEN IN HIS OFFICIAL §   Civil Action No. 2024-cv-1057-DDC-ADM
CAPACITY AS PRESIDENT OF THE §
UNITED STATES, ET AL., §
; §
§
    *Defendants*. §

## TABLE OF EXHIBITS

| Exhibit Number | Exhibit Name | Pages |
|---|---|---|
| Exhibit A | Declaration of Hoa Phu Tran | 4, 5, 7 |
| Exhibit B | Declaration of Kathleen F. Abrams | 4, 5, 7 |
| Exhibit C | Declaration of Stacie L. Kraly | 4, 5, 10 |
| Exhibit D | Declaration of Aaron Yost | 4, 5, 7 |
| Exhibit E | Declaration of Joseph D. Spate | 3, 4, 14 |
| Exhibit E.1 | Email of Trey Simon | 3, 4 |
| Exhibit E.2 | Letter from David A. Simon III | 3, 4, 14 |
| Exhibit F | Declaration of Sarah Keyton | 3, 4, 14 |
| Exhibit G | Declaration of Sana Efird | 3, 4, 14 |

1

        KRIS W. KOBACH
        Attorney General of Kansas

        */s/ Abhishek S. Kambli*
        Abhishek S. Kambli
        Deputy Attorney General
        Erin B. Gaide
        Assistant Attorney General
        Memorial Building, 2nd Floor
        120 SW 10th Avenue
        Topeka, Kansas 66612-1597
        Phone: (785) 296-7109
        Fax: (785) 291-3767
        Email: abhishek.kambli@ag.ks.gov
               erin.gaide@ag.ks.gov

        Drew C. Ensign
        Holtzman Vogel Baran Torchinsky
        & Josefiak PLLC
        2575 E. Camelback Road, #860
        Phoenix, Arizona 85016
        Phone: (602) 388-1262
        Fax: (540) 341-8809
        Email: densign@holtzmanvogel.com

## CERTIFICATE OF SERVICE

I certify that on May 10, 2024, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all attorneys in this case.

        */s/ Abhishek S. Kambli*
        Abhishek S. Kambli
        Deputy Attorney General
        Kansas Office of the Attorney General

        Counsel for Plaintiffs