# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| STATE OF KANSAS,<br>STATE OF ALABAMA,<br>STATE OF ALASKA,<br>STATE OF IDAHO,<br>STATE OF IOWA,<br>STATE OF LOUISIANA,<br>STATE OF MONTANA,<br>STATE OF NEBRASKA,<br>STATE OF SOUTH CAROLINA,<br>STATE OF TEXAS,<br>STATE OF UTAH,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES,<br>MIGUEL CARDONA IN HIS OFFICIAL CAPACITY AS SECRETARY OF EDUCATION,<br>UNITED STATES DEPARTMENT OF EDUCATION;<br><br>    *Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. _____ |

## DECLARATION OF HOA PHU TRAN

I, Dr. Hoa Phu Tran, declare as follows

1. I am the Revenue Economist Manager at the Nebraska Department of Revenue. I am over the age of 18, and I have personal knowledge of the facts contained in this declaration. I could competently testify as to the contents of this Declaration if called upon to do so.

2. I have served as the Revenue Economist Manager at the Nebraska Department of Revenue for 11 years.

3. Prior to this, I worked as a Revenue Economist for the Nebraska Department of Revenue.
4. I have a Ph.D in Economics.
5. As a result of my current duties, I am familiar with the state's tax conformity code and how it relates to the federal one.
6. Under Nebraska Revised Statutes section 77-2715(2)(b) Nebraska imposes tax upon resident individuals based on their federal adjusted gross income as modified by sections 77-2716 and 77-2716.01, plus a percentage of the federal tax on premature or lump-sum distributions from qualified retirement plans. Nebraska Revised Statute section 77-2716 does not provide for any addition to federal adjusted gross income for the cancelation of debt that is excluded from federal adjusted gross income. Nebraska Revised Statute section 77-2716(18) only provides for a subtraction from federal adjusted gross income of any amount received by an individual as student loan repayment assistance under the Teach in Nebraska Today Act, to the extent such amount is included in federal adjusted gross income.
7. This provides uniformity and simplicity in our tax code as taxpayers can begin the process of filing state income taxes through listing their federal adjusted gross income.
8. Ordinarily, federal student debt cancelation is considered income and is taxable by the federal government. By extension, it is taxable in Nebraska.
9. However, Section 9675 of Public Law No: 117-2 (commonly known as the American Rescue Plan Act) prohibits such debt cancelation from counting toward gross income from January 1, 2021 to December 31, 2025. By extension, absent amendment of Nebraska law to provide for an addition to federal adjusted gross income for this debt cancelation, it is not taxable in Nebraska during this period.

10. Amending Nebraska law to provide for an addition to federal adjusted gross income for this debt cancelation would require updating Nebraska's tax booklets and forms, Nebraska regulations, and processing systems at an additional cost to the State.

11. I am aware that the Final Rule cuts the required cancellation timeline of 20-25 years to 10 years for loans with an original principal balance of $12,000 or less.

12. It also allows cancellation one extra year later for every $1,000 above $12,000. For example, if someone has an original principal balance of $13,000 they would receive cancellation after 11 years.

13. I am also aware that this provision of the Final Rule has retroactively forgiven loans that meet the criteria noted above.

14. Based on publicly available information, this has resulted in 750 Nebraska borrowers having $5.3 million in loans cancelled already.

15. This cancelation cannot be taxed. At least some of that forgiveness would have been taxable after January 1, 2026, due to the fact that the ordinary timeline of these loans being forgiven is 20-25 years.

16. Nebraska has lost out on tax revenue as a result of this Final Rule. Absent statutory change to Nebraska law to provide for an addition to federal adjusted gross income, that loss will continue into the future as more Nebraska residents will likely have their loans forgiven under the provisions of the Final Rule until December 31, 2025.

17. Further the declarant sayeth naught.

3

I declare under penalty of perjury under the laws of the United States of American and the State of Nebraska that the foregoing is true and correct.

Executed in Lincoln, Nebraska this this __8__ day of April 2024.

4