# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| STATE OF KANSAS,<br>STATE OF ALABAMA,<br>STATE OF ALASKA,<br>STATE OF IDAHO,<br>STATE OF IOWA,<br>STATE OF LOUISIANA<br>STATE OF MONTANA,<br>STATE OF NEBRASKA,<br>STATE OF SOUTH CAROLINA,<br>STATE OF TEXAS,<br>STATE OF UTAH,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES,<br>MIGUEL CARDONA IN HIS OFFICIAL CAPACITY AS SECRETARY OF EDUCATION,<br>UNITED STATES DEPARTMENT OF EDUCATION;<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 6:24-cv-1057 |

### DECLARATION OF KATHLEEN F. ABRAMS

I, Kathleen F. Abrams, declare as follows:

1. I am the Director of the Income Tax Administration Division at the Alabama Department of Revenue. I am over the age of 18, and I have personal knowledge of the facts contained in this declaration. I could competently testify as to the contents of this Declaration if called upon to do so.

2. I have served as the Director of the Income Tax Administration Division at the Alabama Department of Revenue for eight years.

3. Prior to this, I served as the Assistant Director of the Individual and Corporate Tax Division at the Alabama Department of Revenue for four years and the Income Tax Field Audit Manager at the Alabama Department of Revenue for six years.

4. As a result of my current duties, I am familiar with the state's tax conformity code and how it relates to the federal one.

5. Alabama's tax code conforms to certain sections of the federal Internal Revenue Code.

6. Relevant here, Alabama Code § 40-18-14(a)(3)h. provides that gross income for an individual does not include "[i]ncome from discharge of indebtedness to the extent allowed by 26 U.S.C. 108."

7. Alabama Code § 40-18-1.1(b) provides that "the term '26 U.S.C.' means the Internal Revenue Code, Title 26 of the United States Code, as in effect from time to time," which means that Alabama's tax code automatically conforms to any revisions of any sections of the Internal Revenue Code that are referenced in Alabama law.

8. Section 9675 of The American Rescue Plan Act of 2021 (Public Law. 117-2), modified 26 U.S.C. § 108(f) to create a special rule for discharges of student debt for the 2021 through 2025 tax years. Because the modified student loan forgiveness provisions are in 26 U.S.C. § 108, Alabama follows the federal student loan forgiveness treatment as modified by the American Rescue Plan Act of 2021.  Any student loan forgiveness that is excluded from federal income pursuant to 26 U.S.C. § 108 will also be excluded from Alabama income.

9. Alabama's longstanding statute syncing certain aspects of the Alabama tax code with the Internal Revenue Code provides uniformity and simplicity in our tax code as taxpayers

can follow the same definitions and guidance for both federal and state tax filing and compliance.

10. If this rolling conformity did not exist, the state would incur additional administrative costs to update its tax system to create numerous different definitions of taxable income and to create the necessary guidance for taxpayers explaining the differences between federal and state tax provisions.

11. Ordinarily, federal student debt cancelation is considered income and is treated as taxable by the federal government, except under the limited circumstances provided in 26 U.S.C. § 108(f). By extension, it is normally treated as taxable by Alabama.

12. But as referenced above, Section 9675 of the American Rescue Plan Act modifies 26 U.S.C. §108(f) to expand the circumstances under which such debt cancelation is excluded from counting toward gross income from January 1, 2021, to December 31, 2025. By extension, it is not taxable in Alabama during this period.

13. I am aware that the U.S. Department of Education recently promulgated a rule (the "Final Rule" or "Rule") entitled the Improving Income Driven Repayment for the William D. Ford Federal Direct Loan Program and the Federal Family Education Loan. *See* 88 Fed. Reg. 43,820-905.

14. The Final Rule cuts the required cancellation timeline of 20-25 years to 10 years for loans with an original principal balance of $12,000 or less.

15. It also allows cancellation one extra year later for every $1,000 above $12,000. For example, if someone has an original principal balance of $13,000 they would receive cancellation after 11 years.

16. I am also aware that this provision of the Final Rule has retroactively forgiven loans that meet the criteria noted above.

17. The U.S. Department of Education has reported[1] that this has resulted in 2,550 Alabama borrowers having $20.8 million in loans cancelled already.

18. This cancelation cannot be taxed. At least some of that forgiveness would have been taxable after January 1, 2026, due to the fact that the ordinary timeline for these loans being forgiven is 20-25 years.

19. Alabama has lost out on tax revenue as a result of this Final Rule. That loss will continue into the future as more Alabama residents will likely have their loans forgiven under the provisions of the Final Rule until December 31, 2025.

20. Further the declarant sayeth naught.

I declare under penalty of perjury under the laws of the United States of American and the State of Alabama that the foregoing is true and correct.

Executed in  Montgomery County, Alabama , this  11th   day of April 2024.

_____
[signature]

---

[1] U.S. Department of Education, *Biden-Harris Administration Releases State-by-State Breakdown of $1.2 Billion in SAVE Plan Forgiveness*, Feb. 23, 2024, https://www.ed.gov/news/press-releases/biden-harris-administration-releases-state-state-breakdown-12-billion-save-plan-forgiveness.

4