# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION**

| | | |
|---|---|---|
| STATE OF KANSAS, ET AL., | § § § § § § § § § § § § § | |
| *Plaintiffs*, | | |
| v. | | |
| JOSEPH R. BIDEN IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, ET AL., | | Civil Action No. 2024-cv-1057-DDC-ADM |
| *Defendants*. | | |

**DECLARATION OF STACIE L. KRALY**

I, Stacie L. Kraly, declare as follows

1. I am the director of the Civil Division of the Alaska Department of Law, also known as the Office of the Alaska Attorney General.

2. In my position, I oversee recruitment and employment of attorneys and other professional staff employed by the Department of Law.

3. As part of the Alaska Attorney General's Office recruitment process, we identify "Potential eligibility for student loan forgiveness through the Public [Service] Loan Forgiveness Program" as part of our State Benefits Package for all Civil and Criminal Division attorney recruitments. Careers - Civil Attorney Positions (alaska.gov); Careers - Criminal Attorney Positions (alaska.gov). The Attorney General's Office includes on its website a link directing applicants to the Public Service Loan Forgiveness (PSLF) website. https://studentaid.gov/manage-loans/forgiveness-cancellation/public-service.

1

2

4. The State of Alaska is a qualified employer under the PSLF Program, and our office encourages new employees to apply, so they can start getting credit for qualifying student loan payments as soon as possible.

5. In my opinion, the ability of attorneys who come to work for the Alaska Attorney General's Office to utilize the PSLF program is a valuable recruitment tool for our office.

6. Further the declarant sayeth naught.

I declare under penalty of perjury under the laws of the United States of American and the State of Alaska that the foregoing is true and correct.

Executed in  Juneau, AK , this this  4th  day of April 2024.

_[signature]_