# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | | |
|---|---|---|
| STATE OF KANSAS, ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> JOSEPH R. BIDEN IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, ET AL.N; <br><br> *Defendants.* | §§§§§§§§§§§§§ | Civil Action No. 2024-CV-1057-DDC-ADM |

## DECLARATION OF Aaron Yost

I, Aaron Yost, declare as follows

1. I am the Government Affairs Program Manager at the Idaho State Tax Commission. I am over the age of 18, and I have personal knowledge of the facts contained in this declaration. I could competently testify as to the contents of this Declaration if called upon to do so.

2. I have served as the Government Affairs Program manager at the Commission for 2 years.

3. As a result of my current duties, I am familiar with the Idaho's tax conformity law and how it relates to federal law.

4. Under Idaho Code Section 63-3011 the state updates its definition of gross income to match the federal definition.

5. This provides uniformity and simplicity in our tax code as taxpayers can begin the process of filing state income taxes through listing their federal income.

6. If this conformity did not exist, the state would incur additional administrative costs to update its tax system to create its own definitions of taxable income.

7. Ordinarily, federal student debt cancelation is considered income and is taxable by the federal government. By extension, it is taxable in Idaho.

8. However, Section 9675 of Public Law No: 117-2 (commonly known as the American Rescue Plan Act) prohibits such debt cancelation from counting toward gross income from January 1, 2021 to December 31, 2025. By extension, it is not taxable in Idaho during this period.

9. I am aware that the Final Rule cuts the required cancellation timeline of 20-25 years to 10 years for loans with an original principal balance of $12,000 or less.

10. It also allows cancellation one extra year later for every $1,000 above $12,000. For example, if someone has an original principal balance of $13,000 they would receive cancellation after 11 years.

11. I am also aware that this provision of the Final Rule has retroactively forgiven loans that meet the criteria noted above.

12. Based on publicly available information, this has resulted in 1,130 Idaho borrowers having $9.2 million in loans cancelled already.

13. This cancelation cannot be taxed. At least some of that forgiveness would have been taxable after January 1, 2026 due to the ordinary timeline of these loans being forgiven is 20-25 years.

14. Idaho has lost out on tax revenue as a result of this Final Rule. That loss will continue as more Idaho residents will likely have their loans forgiven under the provisions of the Final Rule until December 31, 2025.

15. Further the declarant sayeth naught.

I declare under penalty of perjury under the laws of the United States of American and the State of Idaho that the foregoing is true and correct.

IDAHO STATE TAX COMMISSION

Dated: 4/8/24

_____
Aaron Yost
Government Affairs Program Manager

Executed in Boise, ID , this this 8 day of April 2024.

KARA LANSBERRY
NOTARY PUBLIC - STATE OF IDAHO
COMMISSION NUMBER 48469
MY COMMISSION EXPIRES 10-30-2024

3