# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| STATE OF KANSAS,<br>STATE OF ALABAMA,<br>STATE OF ALASKA,<br>STATE OF IDAHO,<br>STATE OF IOWA,<br>STATE OF LOUISIANA,<br>STATE OF MONTANA,<br>STATE OF NEBRASKA,<br>STATE OF SOUTH CAROLINA,<br>STATE OF TEXAS,<br>STATE OF UTAH,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, MIGUES CARDONA IN HIS OFFICIAL CAPACITY AS SECRETARY OF EDUCATION, UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | C/A No. 6:24-cv-01057 |

## DECLARATION OF JOSEPH D. SPATE

I, Joseph D. Spate, hereby declare and state under penalty of perjury that the following is true and correct to the best of my knowledge:

1. My name is Joseph D. Spate, and my business address is 1000 Assembly Street, Columbia, SC 29201. I am over the age of eighteen, have personal knowledge of the subject matter, and am competent to testify concerning the matters in this declaration.

1

2. I have served as Assistant Deputy Solicitor General with the Office of the South Carolina Attorney General since May 2023. I am licensed to practice law in the state of South Carolina and various federal courts.

3. I am submitting this declaration in reference to Plaintiffs' Motion for Preliminary Injunction as to a final rule published by the U.S. Department of Education on July 10, 2023, entitled "Improving Income Driven Repayment for the William D. Ford Federal Direct Loan Program and the Federal Family Education Loan (FFEL) Program," 88 Fed. Reg. 43,820 (Jul. 10, 2023) (Final Rule).

4. On April 19, 2024, I received an email from David A. "Trey" Simon, III, President and CEO of the South Carolina Student Loan Corporation, with the following subject line: "Requested information for the State Education Assistance Authority." Exhibit 1 to this declaration is a true and correct copy of that email.

5. The aforementioned email from Mr. Simon included a letter attachment entitled "Response to SC Attorney General on SEAA - 4-19-24," dated April 19, 2024, and bearing Mr. Simon's signature. Exhibit 2 to this declaration is a true and correct copy of that letter.

6. This the 8th day of May, 2024.

*Joseph D. Spate*
Joseph D. Spate
Assistant Deputy Solicitor General
Office of the South Carolina Attorney General

# EXHIBIT 1

**From:** Trey Simon <TSimon@scstudentloan.org>
**Sent:** Friday, April 19, 2024 1:21 PM
**To:** Joseph Spate; Ray Jones; Macdonald, Robert; Chris Majure (Chris.Majure@sto.sc.gov)
**Cc:** Thomas Hydrick
**Subject:** Requested information for the State Education Assistance Authority
**Attachments:** Response to SC Attorney General on SEAA - 4-19-24.pdf

Joseph,

Please find the information requested by the State Education Assistance Authority attached.

Please let us know if you have any questions.

Have a great weekend.

Thank you,



**Trey Simon**
President and CEO

(803) 612-5052 (O) (931) 200-3827 (M)

tsimon@scstudentloan.org

scstudentloan.org

1901 Main Street, Suite 400, Columbia, SC 29201

This e-mail, and any documents, files, or previous e-mail messages attached to it, may contain confidential, proprietary, or legally privileged information. If you are not the intended recipient, any dissemination, distribution, or copying of this e-mail or its attachments is strictly prohibited. If you have received this in error, please notify the sender by e-mail immediately and destroy the original e-mail and any attachments.

# EXHIBIT 2



(800) 347-2752

1901 Main Street
Suite 400
Columbia, SC 29201

April 19, 2024

Dear Mr. Spate:

In response to your request, we are providing the information below regarding the State Education Assistance Authority (SEAA). As we have discussed, South Carolina Student Loan Corporation (SCSLC) is a private nonprofit corporation organized under the laws of the State of South Carolina. SCSLC performs certain administrative functions on a contractual basis for SEAA, including acting as the servicing agent for SEAA's loan portfolio. SCSLC is providing the data as requested below regarding the federal loan portfolio that is wholly owned by SEAA.

The Federal Family Education Loan Program, FFELP, was a federal student loan program that offered federally-backed loans funded by private companies. FFELP ended with the 2009-2010 academic year to make way for direct loans, which are loans provided directly by the federal government to students. Although no new FFELP loans are offered to students, FFELP loans that existed prior to the 2009-2010 academic year with unpaid balances are still held by certain lenders.

SEAA is empowered by statute to "make," "insure," and "guarantee student loans under such terms and conditions as [SEAA] shall from time to time prescribe . . . ." SEAA is further empowered by statute "[t]o develop and administer all programs and to perform all functions necessary or convenient to promote and facilitate the making, guaranteeing and insuring of student loans and to provide such other student loan assistance and services."

As requested, please find the following data regarding SEAA's FFELP loan portfolio:

## History of SEAA's FFELP portfolio from 2010 to present:

| Month End | Principal Balance |
|---|---|
| 6/30/2011 | $31,324,566.17 |
| 6/30/2012 | 29,589,044.81 |
| 6/30/2013 | 26,776,811.11 |
| 6/30/2014 | 24,974,750.48 |
| 6/30/2015 | 22,797,591.92 |
| 6/30/2016 | 20,975,542.24 |
| 6/30/2017 | 19,218,505.43 |
| 6/30/2018 | 16,654,982.40 |
| 6/30/2019 | 15,026,548.26 |
| 6/30/2020 | 12,872,804.70 |
| 6/30/2021 | 11,889,724.29 |
| 6/30/2022 | 10,771,880.55 |
| 6/30/2023 | 8,059,252.66 |
| 3/31/2024 | 6,423,362.52 |

## Proportion of SEAA's FFELP loans that were consolidated versus paid down

| Period | Consolidation Payment | Other Principal Payments |
|---|---|---|
| 7/1/2010 - 6/30/2011 | -$1,019,123.26 | -$814,057.50 |
| 7/1/2011 - 6/30/2012 | -1,076,871.56 | -$658,649.80 |
| 7/1/2012 - 6/30/2013 | -1,365,846.14 | -$1,446,387.56 |
| 7/1/2013 - 6/30/2014 | -590,101.34 | -$1,211,959.29 |
| 7/1/2014 - 6/30/2015 | -1,231,047.88 | -$946,110.68 |
| 7/1/2015 - 6/30/2016 | -909,836.74 | -$912,212.94 |
| 7/1/2016 - 6/30/2017 | -1,081,806.83 | -$675,229.98 |
| 7/1/2017 - 6/30/2018 | -1,064,526.12 | -$1,498,996.91 |
| 7/1/2018 - 6/30/2019 | -415,796.86 | -$1,212,637.28 |
| 7/1/2019 - 6/30/2020 | -622,083.17 | -$1,531,660.39 |
| 7/1/2020 - 6/30/2021 | -174,407.04 | -$808,673.37 |
| 7/1/2021 - 6/30/2022 | -954,393.67 | -$1,320,063.19 |
| 7/1/2022 - 6/30/2023 | -2,112,224.90 | -$600,402.99 |
| 7/1/2023 - 3/31/2024 | -1,111,945.46 | -$523,944.68 |

## Interest revenue generated by SEAA's FFELP loans per year

| Period | Total Interest Revenue |
| --- | --- |
| 7/1/2010 - 6/30/2011 | $1,172,811.00 |
| 7/1/2011 - 6/30/2012 | $764,676.00 |
| 7/1/2012 - 6/30/2013 | $692,306.00 |
| 7/1/2013 - 6/30/2014 | $630,738.00 |
| 7/1/2014 - 6/30/2015 | $585,056.00 |
| 7/1/2015 - 6/30/2016 | $572,691.00 |
| 7/1/2016 - 6/30/2017 | $595,654.00 |
| 7/1/2017 - 6/30/2018 | $689,735.00 |
| 7/1/2018 - 6/30/2019 | $756,432.00 |
| 7/1/2019 - 6/30/2020 | $529,763.00 |
| 7/1/2020 - 6/30/2021 | $301,659.00 |
| 7/1/2021 - 6/30/2022 | $303,673.00 |
| 7/1/2022 - 6/30/2023 | $575,359.00 |
| 7/1/2023 - 3/31/2024 * | $432,455.00 |

*Total includes draft interest revenue through 3/31/24. Annual interest revenue will be calculated and audited after 6/2024.

Should you have any further questions concerning the data presented above, please feel free to contact SCSLC directly as the acting servicing agent for SEAA.

David A. Simon III

*[signature]*

President and CEO
SC Student Loan