# EXHIBIT F

## DECLARATION OF SARAH KEYTON

I, Sarah Keyton, declare:

1. I am over the age of 18, of sound mind, competent to testify, and have personal knowledge of the facts stated herein, except where stated on information and belief.

2. I am employed as the Deputy Commissioner for Administration at the Texas Higher Education Coordinating Board (THECB). I have been employed by THECB for two years. As part of my role, I have oversight responsibilities for the agency division that administers student financial aid funds and the agency finance division.

   THECB is an agency of the State of Texas and was created by statute. Tex. Educ. Code. § 61.021. THECB is run by a nine-member governing board, each of whom are appointed by the Governor of Texas with the advice and consent of the Senate of Texas.

3. As of May 1, 2024, THECB owns over $1,1295,236 in Federal Family Education Loan Program ("FFELP") loans. Through these loans, THECB collected $114,479 in interest in 2023.

4. To the extent that federal policy results in borrowers consolidating their loans out of FFELP into the Direct Loan Program, those consolidations will cause the State of Texas to lose revenue. Upon consolidation, the federal government compensates the holder (THECB) only for principal and accrued interest. Thus, such consolidations will result in reduced revenue THECB and therefore the State of Texas. The THECB would no longer collect interest on FFELP loans that have been consolidated, diminishing the value of its portfolio.

5. The SAVE Plan could cause pecuniary harm to the State of Texas and THECB measured by a reduction in revenue to the State's FFELP program.

   I declare under penalty of perjury under laws of the United States, 28 U.S.C. § 1746, that the foregoing statements are true and correct.

   Signed this 10th day of May 2024.

   _____
   Sarah Keyton