# EXHIBIT G

**Declaration of Sana Efird in Support of Plaintiffs' Motion for a Preliminary Injunction and in Opposition to Defendants' Motion to Dismiss**

1. My name is Sana Efird. I am over 21 years of age, of sound mind, and competent to testify. Unless otherwise stated, I have personal knowledge of the facts stated in this declaration.

2. From December 2021 to the present, I have been an employee of Alaska Commission on Postsecondary Education and the Alaska Student Loan Corporation (ASLC).

3. ASLC is a public corporation and enterprise instrumentality of the State of Alaska that was created by statute. ALASKA STAT. § 14.42.100. It is run by a Board of Directors, each of whom is appointed by the Governor of Alaska. ALASKA STAT. § 14.42.120. ASLC has the authority to adopt regulations to carry out its mission, which carry the force of law. ALASKA STAT. § 14.42.200.

4. Since 2012, ASLC has administered $113.0 million in funding for college scholarships, and since 2005, ASLC has administered $72.9 million in funding for college needs-based grants in the State of Alaska.

5. As of March 2024, ASLC owns over $16.8 million in Federal Family Education Loan Program (FFELP) loans. Through these loans, ASLC collects $1.9 million in interest and other FFELP portfolio income annually.

6. The SAVE Plan entices borrowers to consolidate their loans away from FFELP and into the Direct Loan Program (DLP), comprising loans held by the federal government. Three features of the SAVE Plan are enticing borrowers to consolidate their loans away from FFELP and into DLP. First, the SAVE Plan offers benefits—including payments being capped at 5% of the borrower's discretionary income, residual interest being waived each month that the borrower makes a qualifying payment, and full forgiveness being offered in as few as ten years—to only borrowers with loans held by the federal government. Because these benefits are not available to borrowers with commercially-held FFELP loans, borrowers are rapidly consolidating their loans away from FFELP loans held by ASLC and into Direct Loans held by the federal government.

7. Second, the SAVE Plan is refusing to treat consolidated loans as new loans,

1

meaning borrowers maintain their accrued repayment history when they consolidate. Under all prior regimes, borrowers' repayment clocks would restart, providing a disincentive to consolidation.

8. Third, the federal government is actively advertising and encouraging borrowers to consolidate their loans into federal loans, including borrowers ineligible for consolidation into the direct loan program such as borrowers in good standing who only possess a FFELP consolidated loan. Given this three-part scheme, the federal government is strongly, and likely unlawfully, incentivizing borrowers to consolidate their loans away from FFELP and into loans held by the federal government.

9. These consolidations will cause Alaska to lose significant revenues. Upon consolidation, the federal government compensates the holder (ASLC) only for principal and accrued interest. Thus, the enticed consolidation has already harmed and will continue to harm ASLC, as ASLC no longer collects interest on FFELP loans that have been consolidated, diminishing the value of its portfolio.

10. Prior to the announcement of the SAVE Plan, the paydown rate for ASLC's FFELP portfolio for fiscal year 2023 was 27%. After the announcement of the SAVE Plan that became effective July 2023, that annualized percentage for fiscal year 2024 is 21%.

11. In total, ASLC estimates that the SAVE Plan will result in ASLC losing approximately $100,000 over just the next two years that it would otherwise collect as a FFELP holder.

12. Because the State of Alaska relies on revenue from ASLC to support programs such as Alaska Education Loans, Alaska Performance Scholarship, Alaska Education Grant, WWAMI Medical Education Program and FAFSA completion and outreach resources to support Alaskans enrollment in higher education programs, ASLC's loss in revenue would directly harm Alaska's ability to fund and administer these programs.

13. The SAVE Plan, then, directly harms both the State of Alaska and ASLC.

I declare under penalty of perjury under laws of the United States, 28 U.S.C. § 1746, that the foregoing statements are true and correct.

Signed this 10th day of May 2024.

*Sana Efird*
_____
Sana Efird
Executive Officer
Alaska Student Loan Corporation

3