**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| STATE OF KANSAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 24-1057-DDC-ADM |

**JOINT MOTION REGARDING SCHEDULE**

On May 16, 2024, Plaintiffs filed an amended complaint, as of right, under Federal Rule of Civil Procedure 15(a)(1)(B). Typically, the filing of an amended complaint would have consequences for the schedule. *See, e.g.*, Fed. R. Civ. P. 15(a)(3). To that end, on May 17, 2024, the Court issued an order "den[ying] defendants' Motion to Dismiss (Doc. 45) as moot but without prejudice to filing any future motion addressing plaintiffs' Amended Complaint." The Court's order did not address Plaintiffs' motion for a preliminary injunction, ECF No. 23, nor the previously scheduled hearing dates of May 31 and June 11.

In this case, the parties agree that the limited new factual assertions in the amended complaint substantially overlap with arguments and factual assertions that already appeared in Plaintiffs' combined reply in support of their motion for preliminary injunction and opposition to Defendants' motion to dismiss, ECF No. 50, filed on May 10. Under the previous schedule, then, Defendants were already preparing to respond to those new allegations in their reply in support of their motion to dismiss, which was not due until May 24.

Accordingly, in the interest of efficiency and judicial economy, and to avoid unnecessarily disrupting the schedule in this matter, ECF No. 44, the parties jointly and respectfully request that the Court order that (1) Defendants' motion to dismiss, ECF No. 45, be reinstated; (2) the parties' prior briefing on Plaintiffs' motion for a preliminary injunction, ECF No. 23, and Defendants' motion to

dismiss, ECF No. 45, be deemed to apply to Plaintiffs' amended complaint (rather than the original complaint); and (3) that the schedule otherwise remain as it was set before the filing of Plaintiffs' amended complaint (including Defendants' reply deadline of May 24, and the hearings scheduled on May 31 and June 11).

This approach is well within the Court's discretion. *See, e.g.*, *Elk Energy Holdings, LLC v. Lippelmann Partners, LLC*, No. 22-cv-1057-DDC-KGG, 2023 WL 3737017, at *2 n.2 (D. Kan. May 31, 2023) (Crabtree, J.) (taking a similar approach in a similar circumstance); *Peters v. United States*, No. 23-cv-03014, 2024 WL 83333, at *3 n.6 (D. Colo. Jan. 8, 2024) (same); *Murphy Creek Ests., LLC v. Murphy Creek Ests. Funding, LLC*, No. 22-cv-304, 2022 WL 18674573, at *3 (D. Colo. Nov. 23, 2022) ("A court may permissibly consider a motion to dismiss that was pending when an amended complaint was filed as being addressed to the amended pleading."). The parties respectfully request that the Court exercise that discretion here.

Dated: May 18, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)
 Senior Trial Counsel
SIMON G. JEROME (D.C. Bar No. 1779245)
 Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*


KRIS W. KOBACH
Attorney General of Kansas

*/s/ Abhishek S. Kambli*
Abhishek S. Kambli, Kan. SC No. 29788
*Deputy Attorney General*
Erin B. Gaide, Kan. SC No. 29691
Assistant Attorney General
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Email: abhishek.kambli@ag.ks.gov
erin.gaide@ag.ks.gov

Drew C. Ensign, *pro hac vice*
Holtzman Vogel Baran Torchinsky
& Josefiak PLLC
2575 E. Camelback Road, #860
Phoenix, Arizona 85016
Phone: (602) 388-1262
Email: densign@holtzmanvogel.com

*Counsel for Plaintiff State of Kansas*

3

/s/ Edmund LaCour
Edmund LaCour, *pro hac vice*
*Solicitor General*
OFFICE OF THE ALABAMA
ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36104
(334) 353-2196
edmund.lacour@alabamaag.gov

*Counsel for Plaintiff State of Alabama*


/s/ Bill Milks
Bill Milks, *pro hac vice*
*Chief Assistant Attorney General*
ALASKA DEPARTMENT OF LAW
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
(907) 465-4239
bill.milks@alaska.gov

*Counsel for Plaintiff State of Alaska*


/s/ Joshua Turner
Joshua Turner, *pro hac vice*
*Chief of Constitutional Litigation & Policy*
700 W. Jefferson St., Suite 210,
PO Box 83720,
Boise, Idaho 83720
(208) 334-2400
josh.turner@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*


/s/ Eric H. Wessan
Eric H. Wessan, *pro hac vice*
*Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
eric.wessan@ag.iowa.gov

*Counsel for Plaintiff State of Iowa*

4

/s/ *Kelsey Smith*
Kelsey Smith, *pro hac vice*
*Deputy Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, Louisiana 70804
(225) 506-3746
smithkel@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*


/s/ *Christian B. Corrigan*
Christian B. Corrigan, Kan. SC No. 25622
*Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

*Counsel for Plaintiff State of Montana*


/s/ *Lincoln J. Korell*
Lincoln J. Korell, *pro hac vice*
*Assistant Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF NEBRASKA
2115 State Capitol
Lincoln, Nebraska 68509
(402) 471-2682
lincoln.korell@nebraska.gov

*Counsel for Plaintiff State of Nebraska*


/s/ *Joseph D. Spate*
Joseph D. Spate, *pro hac vice*
*Assistant Deputy Solicitor General*
1000 Assembly Street
Columbia, South Carolina 29201
(803) 734-3371
josephspate@scag.gov

5

*Counsel for Plaintiff State of South Carolina*

/s/ *Charles K. Eldred*
Charles K. Eldred, *pro hac vice*
Chief, Legal Strategy Division
PO Box 12548
Austin, Texas 78711-2548
(512) 463-2100 charles.eldred@oag.texas.gov

*Counsel for Plaintiff State of Texas*

/s/ *Lance F. Sorenson*
Lance F. Sorenson, *pro hac vice*
*Assistant Utah Attorney General*
UTAH ATTORNEY GENERAL
160 East 300 South, 5th Floor
Salt Lake City, Utah 84114
(801) 366-0100
lancesorenson@agutah.gov

*Counsel for Plaintiff State of Utah*