## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## WICHITA DIVISION

| | |
|---|---|
| STATE OF KANSAS, ET AL., | § |
| *Plaintiffs*, | § § § |
| v. | § § |
| JOSEPH R. BIDEN IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, ET AL., | § § § § § § Civil Action No. 6:24-cv-01057-DDC-ADM |
| *Defendants*. | |

## MOTION TO CONSOLIDATE HEARINGS

The Court has scheduled a hearing on Defendants' motion to dismiss on Friday, May 31, 2024, and a hearing on Plaintiffs' Motion for Preliminary Injunction on Tuesday, June 11, 2024. Many of the issues that will be addressed at these hearings overlap, and Plaintiffs do not anticipate a consolidated hearing would take more than one day. So, in the interest of time and judicial economy, Plaintiffs respectfully request the Court consolidate the hearings and hear argument on both motions on Friday, May 31. Defendants take no position on this motion.

Respectfully submitted,

*/s/ Abhishek S. Kambli*
Abhishek S. Kambli, Kan. SC No. 29788
   *Deputy Attorney General*
Erin B. Gaide, Kan. SC No. 29691
   *Assistant Attorney General*
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Email: abhishek.kambli@ag.ks.gov
erin.gaide@ag.ks.gov

Drew C. Ensign, *pro hac vice*

Holtzman Vogel Baran Torchinsky
& Josefiak PLLC
2575 E. Camelback Road, #860
Phoenix, Arizona 85016
Phone: (602) 388-1262
Email: densign@holtzmanvogel.com

*Counsel for Plaintiff State of Kansas*

## CERTIFICATE OF SERVICE

This is to certify that on this the 23rd day of May, 2024, this motion was electronically filed with the Clerk of the Court by using the CM/ECF system.

*/s/ Abhishek S. Kambli*
Abhishek S. Kambli