**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

|  |  |
|---|---|
| **STATE OF ALASKA, et al.,** | |
| **Plaintiffs,** | **Case No. 24-1057-DDC-ADM** |
| **v.** | |
| **UNITED STATES DEPARTMENT OF EDUCATION, et al.,** | |
| **Defendants.** | |

<u>**PRELIMINARY INJUNCTION**</u>

**IT IS THEREFORE ORDERED BY THE COURT THAT** defendants United States

Department of Education and United States Secretary of Education Miguel Cardona, and their

agents, employees, and attorneys, are enjoined from implementing or acting pursuant to the parts

of Final Rule—promulgated by the Department of Education titled "Improving Income Driven

Repayment for the William D. Ford Federal Direct Loan Program and the Federal Family

Education Loan (FFEL) Program," 88 Fed. Reg. 43,820—set to become effective on July 1,

2024.

**IT IS SO ORDERED.**

**Dated this 24th day of June, 2024, at Kansas City, Kansas.**

<u>**s/ Daniel D. Crabtree**</u>
**Daniel D. Crabtree**
**United States District Judge**