UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF ALASKA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL A. CARDONA, in his official capacity as Secretary of Education, *et al.*, <br><br> Defendants. | Case No. 24-1057-DDC-ADM |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Defendants in this case hereby appeal to the United States Court of Appeals for the Tenth Circuit from this Court's June 24, 2024 Memorandum and Order (ECF No. 76) and Preliminary Injunction (ECF No. 77).

Dated: June 27, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)
 Senior Trial Counsel
SIMON G. JEROME (D.C. Bar No. 1779245)
 Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*