**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| STATE OF ALASKA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL A. CARDONA, in his official capacity as Secretary of Education, *et al.*, <br><br> Defendants. | Case No. 24-1057-DDC-ADM |

**DEFENDANTS' EMERGENCY MOTION FOR A STAY PENDING APPEAL**

For the reasons stated in the accompanying brief, Defendants move for a stay pending appeal of the Court's preliminary injunction order, ECF Nos. 76, 77. *See* Fed. R. Civ. P. 62(d); Fed. R. App. P. 8(a)(1)(A), (C). In the alternative, Defendants move to narrow the scope of the injunction such that it seeks only to remedy the injuries of the three remaining Plaintiffs (*e.g.*, by prohibiting Defendants from processing any further consolidation of FFEL loans held by the three relevant state instrumentalities). Due to the imminent irreparable harm that will be suffered if the injunction takes full effect before the United States may exercise its appellate rights, Defendants respectfully request a ruling on this motion no later than 3:00 PM CDT on Friday, June 28, so that Defendants may promptly seek appellate relief, if necessary. At a minimum, Defendants respectfully request a temporary administrative stay to allow this Court (and, if necessary, the Tenth Circuit) to consider, and issue a ruling on, Defendants' stay request.

Dated: June 27, 2024                    Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

                                        MARCIA BERMAN
                                        Assistant Branch Director

                                        */s/ Stephen M. Pezzi*
                                        STEPHEN M. PEZZI (D.C. Bar No. 995500)
                                         Senior Trial Counsel
                                        SIMON G. JEROME (D.C. Bar No. 1779245)
                                         Trial Attorney
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, NW
                                        Washington, D.C. 20005
                                        Tel: (202) 305-8576
                                        Email: stephen.pezzi@usdoj.gov

                                        *Counsel for Defendants*