IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| STATE OF KANSAS, ET AL., § § *Plaintiffs*, § § v. § § JOSEPH R. BIDEN IN HIS OFFICIAL § CAPACITY AS PRESIDENT OF THE § UNITED STATES, ET AL., § § *Defendants*. § | Civil Action No.: 2024-cv-1057 |

## MOTION TO FOR EXTENTION OF TIME TO RESPOND

On June 24, 2023 at 3:49 PM CT, the Court entered an order granting in part and denying in part Plaintiffs' Motion for a Preliminary Injunction. (Dkt. 76.) The injunction is set to take effect at 10:00 PM CT June 30, 2024. Id. On June 27, 2024 at 11:37 PM CT, the Defendants filed an Emergency Motion for a Stay Pending Appeal and a Memorandum in Support. (Dkts. 80 and 81.) At 9:57 AM CT, Plaintiffs filed a Motion for an Extension of Time to Respond to Defendants' Emergency Motion for a Stay, asking for leave to file before 11:59 PM on June 28, 2024. (Dkt.82) Plaintiffs conferred with the Defendants on their position and they stated it as follows: "Defendants take no position on Plaintiffs' request, provided that Plaintiffs' requested relief does not delay the Court's resolution of Defendants' request for (at least) a temporary administrative stay.

The Court denied Defendants' Motion for a Stay at 2:30 PM CT. (Dkt. 84) At the same time, it granted Plaintiffs' Motion in Dkt. 82, giving Plaintiffs until 11:59 PM on June 28, 2024

1

to file a response specifically addressing Defendants' arguments related to the scope of the preliminary injunction. *Id.*

At 3:03 PM CT, Defendants filed an Emergency Motion for a Stay in the Court of Appeals for the Tenth Circuit. (Case. No. 24-3089, Dkt. 6)  The Tenth Circuit ordered Plaintiffs to respond by 2:00 PM CT, June 29, 2024.  (Case. No. 24-3089, Dkt. 7)

Given the Court's denial of Dkt. 80, the accelerated timeline of the Tenth Circuit's order and the pending appeal, Plaintiffs request an order from this Court granting them until July 12, 2024 to file their Response, the usual fourteen-day timeline provided by Local Rule 6.1(d)(4).[1]

        Respectfully Submitted

        Alan Wilson
        Attorney General of South Carolina

        */s/ Abhishek S. Kambli*
        Abhishek S. Kambli,
        KS S. Ct. No. 29788
        Special Counsel
        Office of South Carolina Attorney General
        Alan Wilson
        Rembert C. Dennis Building
        P O Box 11549
        Columbia, South Carolina 29211-1549
        Phone: (785) 296-6109
        Fax: (785) 291-3767
        Email: abhishek.kambli@ag.ks.gov
        *Counsel for Plaintiff South Carolina*

---

[1] Plaintiffs do not treat Defendants' motion as a motion to alter or amend the judgment, which would give them twenty-one days to respond.  D. Kan. Local Rule 6.1(d)(1).