# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# WICHITA DIVISION

| | |
|---|---|
| STATE OF ALASKA, et al., § § *Plaintiffs*, § § v. § § DEPARTMENT OF EDUCATION, et al.; § § *Defendants*. § § § | Civil Action No. 6:24-cv-01057-DDC-ADM |

## AMENDED NOTICE OF CROSS-APPEAL

The States of Alaska, South Carolina, and Texas appeal from the district court's June 24, 2024, judgment (Dkt. 76) under 28 U.S.C. § 1292(a). This is a cross-appeal to Defendants notice of appeal filed June 27, 2024 (Dkt. 78).

Respectfully submitted,

/s/ *Abhishek S. Kambli*
Abhishek S. Kambli, Kan. SC No. 29788
*Deputy Attorney General*
Topeka, Kansas 66612-1597
Phone: (785) 296-7109
Email: abhishek.kambli@ag.ks.gov

*Counsel for the States of Alaska, South Carolina, and Texas*

CERTIFICATE OF SERVICE

      I certify that on the eighth day of July 2024, a copy of the foregoing document was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all attorneys in this case.

                                                          */s/ Abhishek S. Kambli*  
                                                          Abhishek S. Kambli  
                                                          Deputy Attorney General