UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 9, 2024

Abhishek Kambli
Office of the Attorney General for the State of Kansas
Special Litigation and Constitutional Issues Division
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612

Erin B Gaide
Office of the Attorney General for the State of Kansas
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612

Charles K. Eldred
Office of the Attorney General
General Litigation
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548

William E. Milks
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811-0300

Joseph David Spate
Office of the Attorney General for the State of South Carolina
1000 Assembly Street, Room 519
P.O. Box 11549
Columbia, SC 29211

RE:    24-3094, State of Alaska, et al v. Biden, et al
       Dist/Ag docket: 6:24-CV-01057-DDC-ADM

Dear Counsel:

Your appeal has been docketed, and the appeal number is above.

**Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance and certificate of interested parties** per 10th Cir. R. 46.1(A) and (D).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

This is a cross-appeal. The appeal and cross-appeal are briefed together. The party who filed the first notice of appeal, or the plaintiff if notices were filed on the same day, is the appellant for briefing purposes. See Fed. R. App. P. 28.1(b).

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

                                              Sincerely,

                                              Christopher M. Wolpert
                                              Clerk of Court

cc:       Simon Gregory Jerome
           Stephen Michael Pezzi

CMW/sls