FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

November 22, 2024

Christopher M. Wolpert
Clerk of Court

_____

STATE OF KANSAS, et al.,

    Plaintiffs - Appellants,

and

STATE OF ALASKA, et al.,

    Plaintiffs,

v.

JOSEPH R. BIDEN, President of the United States of America, in his official capacity, et al.,

    Defendants - Appellees.

No. 24-3093
(D.C. No. 6:24-CV-01057-DDC-ADM)
(D. Kan.)

_____

**ORDER**
_____

This matter is before the court on the *Status Report* filed by appellants State of Kansas, State of Alabama, State of Idaho, State of Iowa, State of Louisiana, State of Montana, State of Nebraska, and State of Utah ("State Appellants").

By order entered July 23, 2024, the court abated this appeal pending the district court's decision on State Appellants' *Motion for Judgment Under FRCP 54(b)*. (Dkt. No. 34; ECF No. 99.)[1]

---

[1] For purposes of this order, the court refers to documents appearing on the Tenth Circuit docket as "Dkt. No. XX" and documents appearing on the district court docket as "ECF No. XX."

State Appellants report—and a review of the district court docket confirms—that the *Motion for Judgment Under FRCP 54(b)* remains pending in the district court. Consequently, the court continues the abatement of this appeal and orders as follows.

State Appellants shall file an abated case status report on the earlier of: (i) February 20, 2025 or (ii) within two days of the district court's ruling on the *Motion for Judgment Under FRCP 54(b)*. Any such abated case status report shall, at a minimum: (i) report on the status of the *Motion for Judgment Under FRCP 54(b)* and any other matter bearing on the abatement of this appeal; (ii) state each party's respective position on whether the abatement of this appeal ought to continue; and (iii) include, with respect to any party taking the position that the abatement of this appeal ought not to continue, a short statement of that party's position on how the appeal ought to proceed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk