# United States District Court

## ------------------------- DISTRICT OF KANSAS---------------------------

STATE OF KANSAS,
STATE OF ALABAMA,
STATE OF IDAHO,
STATE OF IOWA,
STATE OF LOUISIANA,
STATE OF MONTANA,
STATE OF NEBRASKA,
STATE OF UTAH,

        Plaintiffs,

v.                                 Case No. 24-1057-DDC-ADM

JOSEPH R. BIDEN IN HIS OFFICIAL
CAPACITY AS PRESIDENT OF THE
UNITED STATES,
MIGUEL CARDONA IN HIS OFFICIAL
CAPACITY AS SECRETARY OF
EDUCATION,
UNITED STATES DEPARTMENT
OF EDUCATION,

        Defendants.

## FINAL JUDGMENT UNDER RULE 54(b)

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

In accordance with the Order granting plaintiffs Alabama, Idaho, Iowa, Kansas, Louisiana, Montana, Nebraska, and Utah's "Motion for Judgment under FRCP 54(b)" (Doc. 99), the following Final Judgment is entered.

**IT IS ORDERED THAT** Doc. 68 is certified as final under Fed. R. Civ. P. 54(b).

**IT IS FURTHER ORDERED THAT** there is no just reason for delay of entry of final judgment in favor of defendants United States Department of Education and Miguel Cardona, in his official capacity as United States Secretary of Education, and against plaintiffs Alabama, Idaho, Iowa, Kansas, Louisiana, Montana, Nebraska, and Utah premised on the court's holding that these eight plaintiffs lack standing as reflected in Doc. 68.

**IT IS SO ORDERED.**

_____02/13/2025_____
Date

SKYLER B. O'HARA
CLERK OF THE DISTRICT COURT

by: ___s/ Megan Garrett_____
Deputy Clerk