## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STATE OF ALASKA, *et al.*,<br><br>                  Plaintiffs,<br><br>    v.<br><br>LINDA E. MCMAHON, in her official capacity as Secretary of Education,[1] *et al.*,<br><br>                  Defendants. | Case No. 24-1057-DDC-ADM |

### JOINT STATUS REPORT

The parties, having conferred, hereby submit the following joint status report, pursuant to the Court's Order of September 9, 2024, ECF No. 10. That Order stayed this case, but also required the filing of a joint status report "within 10 days of the lifting of the Eighth Circuit's injunction" pending appeal in *Missouri v. Trump*, No. 24-2332 (8th Cir.).

This case challenges an agency rule relating to income-driven repayment plans for federal student loans, which was issued by the Department of Education in July of 2023. Dep't of Education, *Improving Income Driven Repayment for the William D. Ford Federal Direct Loan Program*, 88 Fed. Reg. 43,820 (July 10, 2023). For almost a year now, the agency rule at issue has been subject to a series of nationwide preliminary injunctions, and it remains enjoined to this day. The most recent injunction was issued by the U.S. District Court for the Eastern District of Missouri on April 14, 2025, after a February 18, 2025 opinion from the U.S. Court of Appeals for the Eighth Circuit. That order and opinion are attached to this filing as Exhibits 1 and 2, respectively.

Several orders issued by this Court, in this case, remain pending on appeal before the Tenth Circuit. *See Alaska v. Department of Educ.*, Nos. 24-3089, 24-3094 (10th Cir.); *Kansas v. Trump*, No. 24-3093 (10th Cir.). Because the interests of all Plaintiffs in this case remain protected by the nationwide

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Secretary of Education Linda E. McMahon is substituted as a Defendant in her official capacity for her predecessor, former Secretary Miguel A. Cardona.

injunction issued in the *Missouri* litigation, all parties have proposed (and the Tenth Circuit has agreed) to hold those appeals in abeyance, pending further developments. *See* Order, *Alaska v. Department of Educ.*, Nos. 24-3089, 24-3094 (10th Cir. Mar. 21, 2025), Dkt. No. 158; Order, *Kansas v. Trump*, No. 24-3093 (10th Cir. Mar. 24, 2025), Dkt. No. 67.

In this Court, for essentially the same reasons, and in the interests of efficiency and judicial economy, the parties respectfully submit that the case should remain stayed. Absent further order of the Court, the parties intend to file another joint status report within 90 days of this filing (assuming this case is not dismissed before that date).

Dated: April 23, 2024

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
 Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

TREG TAYLOR
Attorney General of Alaska

/s/ Bill Milks
Bill Milks, *pro hac vice*
*Chief Assistant Attorney General*
ALASKA DEPARTMENT OF LAW
1031 West 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
Tel: (907) 465-4239
Email: bill.milks@alaska.gov
*Counsel for Plaintiff State of Alaska*

ALAN WILSON
Attorney General of South Carolina

/s/ Joseph D. Spate
Joseph D. Spate, *pro hac vice*
*Assistant Deputy Solicitor General*
1000 Assembly Street
Columbia, South Carolina 29201
Tel: (803) 734-3371
Email: josephspate@scag.gov
*Counsel for Plaintiff State of South Carolina*

KEN PAXTON
Attorney General of Texas

/s/ Charles K. Eldred
Charles K. Eldred, *pro hac vice*
Chief, Legal Strategy Division
PO Box 12548
Austin, Texas 78711-2548
Tel: (512) 463-2100
Email: charles.eldred@oag.texas.gov

*Counsel for Plaintiff State of Texas*