IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| State of ALASKA, ET AL.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>LINDA E. MCMAHON, in her official capacity as Secretary of Education, ET AL.,<br><br>    *Defendants.* | No. 6:24-cv-01057-DDC-ADM |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Zachary Rhines be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney, to the extent required by the Court. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated this 28th day of May, 2025,

                                              James R. Rodriguez, Kan. SC No. 29172
                                              *Assistant Attorney General*
                                              Kansas Office of the Attorney General
                                              Topeka, Kansas 66612-1597
                                              Phone: (785) 296-7109
                                              Email: jay.rodriguez@ag.ks.gov
                                              *Counsel for the State of Kansas*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STATE OF ALASKA, *et al.*

    *Plaintiffs*,

v.

LINDA E. MCMAHON, in her official capacity as Secretary of Education, et al.,

    *Defendants*.

Case No. 6:24-cv-01057-DDC-ADM

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Zachary Rhines

2. I practice under the following letterhead:

   Name: OFFICE OF THE ATTORNEY GENERAL OF TEXAS
   Special Litigation Division
   Address: PO Box 12548 (MC 009)
   Austin, TX 78711-2548

   Telephone: 512-936-2567
   Facsimile: 512-457-4410
   Email: Zachary.Rhines@oag.texas.gov

3. I have been admitted to practice in the following courts:

| Court/Admission | Date of Admission | Bar Number |
|---|---|---|
| State Bar of Texas | 10/25/2019 | 24116957 |
| State Bar of California (Inactive Status) | 1/5/2018 | 319710 |
| N.D. Cal. | 1/10/2018 | |
| S.D. Tex. | 7/26/2021 | 3688738 |
| W.D. Tex. | 8/19/2021 | |
| E.D. Tex. | 6/16/2021 | |
| 5th Cir. | 5/27/2021 | |
| 9th Cir. | Approx. 2021 | |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

11. This document is signed under penalty of perjury in accordance with 28 U.S.C. § 1746 and served in accordance with D.Kan. Rule 5.1.

_____
ZACHARY L. RHINES
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Counsel

BEFORE ME, the undersigned authority, on this day personally appeared Zachary Rhines, an authorized agent of the Office of the Attorney General of Texas, being personally known to me to be the person who signed this Verification.

SUBSCRIBED AND SWORN TO before me on May 23, 2025.

_____
Emily Bratton
Notary Public in and for the **State of Texas**
My commission expires: **February 26, 2028**

EMILY BRATTON
Notary Public, State of Texas
Comm. Expires 02-26-2028
Notary ID 132372421



# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
Pro Hac Vice Electronic Filing
Registration Form

| | |
|---|---|
| Name: | Zachary L. Rhines |
| Office: | Texas Office of the Attorney General |
| Address: | PO Bix 12548 (MC 009) |
| Address: | |
| City: | Austin     State: TX     Zip: 78711-2548 |
| Office Phone: | 512-936-2567     Ext.:        Fax: |

State Bar # TX 24116957

Attorney's Internet E-mail Address: Zachary.Rhines@oag.texas.gov

Additional email addresses that should receive Notices of Electronic Filing: Bonnie.Freymuth@oag.texas.gov

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. You will receive system-generated notices of electronic filings and documents may be retrieved electronically through PACER. The District of Kansas does not permit attorneys admitted pro hac vice to file documents electronically. Local counsel is responsible for all filings.

By registering, I consent to electronic service of all documents. I certify that I am a member in good standing of the bar of all courts where I am admitted. I am applying for or have been granted admission pro hac vice and I have read and am familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov. I agree to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

Attach completed form to motion for leave to appear pro hac vice.

May 23, 2025
Date

Applicant's Signature
Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here

If you have questions about this form or the pro hac vice admission process, please contact the Attorney Registration clerk at 913-735-2229 or ksd_attorney_registration@ksd.uscourts.gov.

## CERTIFICATE OF SERVICE

This is to certify that on this 28th day of May, 2025, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ James R. Rodriguez
James R. Rodriguez, Kan. SC No. 29172
*Assistant Attorney General*
*Counsel for the State of Kansas*
