## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

STATE OF ALASKA, *et al.*,

                Plaintiffs,

          v.

LINDA E. MCMAHON, in her official capacity as Secretary of Education, *et al.*,

                Defendants.

Case No. 24-1057-DDC-ADM

## JOINT STATUS REPORT

The parties, having conferred, hereby submit the following joint status report, pursuant to the Court's Order of April 24, 2025, ECF No. 118. That Order "continue[d] the stay of this action," but also required the filing of a joint status report within 90 days.

As explained in the parties' previous joint status report, "the agency rule at issue" in this case "has been subject to a series of nationwide preliminary injunctions, and it remains enjoined to this day." ECF No. 117. That remains true, as of the date of this filing.

In addition, legislation was recently enacted into law that makes certain changes to student-loan repayment plans. *See* Public Law No. 119-21. The parties are currently evaluating that legislation, and discussing the effect (if any) that it may have on the remainder of this litigation.[1]

In light of the foregoing, and in the interests of efficiency and judicial economy, the parties respectfully submit that the case should remain stayed. Absent further order of the Court, the parties intend to file another joint status report within 90 days of this filing (assuming this case is not dismissed before that date).

---

[1] *See* Mary Cunningham, *Are you a student loan borrower? Here's how the One Big Beautiful Bill Act could affect you*, CBSNEWS.COM (July 12, 2025), *available at* https://www.cbsnews.com/news/big-beautiful-bill-changes-student-loan-repayment/ ("The One Big Beautiful Bill Act phases out a number of existing federal student loan repayment plans, including the SAVE, PAYE, IBR and ICR.").

Dated: July 23, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Branch Director
Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*

TREG TAYLOR
Attorney General of Alaska

*/s/ Cori Mills*
Cori Mills, *pro hac vice forthcoming*
*Deputy Attorney General*
ALASKA DEPARTMENT OF LAW
PO Box 11030
Juneau, Alaska 99811-0300
Tel: (907) 465-2132
Email: cori.mills@alaska.gov
*Counsel for Plaintiff State of Alaska*

ALAN WILSON
Attorney General of South Carolina

*/s/ Joseph D. Spate*
Joseph D. Spate, *pro hac vice*
*Assistant Deputy Solicitor General*
1000 Assembly Street
Columbia, South Carolina 29201
Tel: (803) 734-3371
Email: josephspate@scag.gov
*Counsel for Plaintiff State of South Carolina*

KEN PAXTON
Attorney General of Texas

*/s/ Zachary L. Rhines*
Zachary L. Rhines, *pro hac vice*
*Special Counsel, Special Litigation Division*
PO Box 12548
Austin, Texas 78711-2548
Tel: (512) 463-2100
Email: Zachary.Rhines@oag.texas.gov

*Counsel for Plaintiff State of Texas*