FILED  
United States Court of Appeals  
Tenth Circuit

**November 21, 2025**

**Christopher M. Wolpert**  
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

───────────────────────────────

STATE OF KANSAS, et al.,

    Plaintiffs - Appellants,

and

STATE OF ALASKA, et al.,

    Plaintiffs,

v.

DONALD J. TRUMP, President of the United States of America, in his official capacity, et al.,

    Defendants - Appellees.

No. 24-3093  
(D.C. No. 6:24-CV-01057-DDC-ADM)  
(D. Kan.)

───────────────────────────────

**ORDER**

───────────────────────────────

This abated appeal is before the court on the appellees' status report, which indicates that the parties continue to discuss the dispute here, including the potential for a negotiated resolution.

The parties ask the court to continue the abatement of this appeal.

Upon consideration, the court continues the abatement of this appeal. The parties shall file a joint status report on the earliest of: (i) February 19, 2026; (ii) within three (3) days of the court lifting the abatement of appeal no. 24-3089 and/or 24-3094; or (iii)

within three (3) days of the occurrence of any other event that materially affects the abatement of this appeal.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk