**KSD_Appeals**

___

| | |
|---|---|
| **From:** | |
| **Sent:** | Friday, January 30, 2026 4:43 PM |
| **To:** | KSD_Appeals |
| **Subject:** | 24-3093 State of Kansas, et al v. Trump, et al "Order filed" (6:24-CV-01057-DDC-ADM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 01/30/2026 at 3:42:58 PM Mountain Standard Time and filed on 01/30/2026

| | |
|---|---|
| **Case Name:** | State of Kansas, et al v. Trump, et al |
| **Case Number:** | 24-3093 |

**Docket Text:**
[11252379] Order filed by Clerk of the Court granting Attorney Alan M. Hurst's Motion to Withdraw as counsel for appellant State of Idaho. The State of Idaho will continue to be represented by Michael Zarian. Served on 01/30/2026. Text only entry - no attachment. [24-3093]

**Notice will be electronically mailed to:**

Christian Brian Corrigan: Christian.Corrigan@mt.gov, edoj@mt.gov
Drew C. Ensign: drew.c.ensign@usdoj.gov, drewensignlaw@gmail.com
Mr. Alan Michael Hurst: alan.hurst@ag.idaho.gov, isaac.considine@ag.idaho.gov, denise.sorg@ag.idaho.gov
Mr. Simon Gregory Jerome: simon.g.jerome@usdoj.gov, civilappellate.ecf@usdoj.gov
Kris William Kobach: kris.kobach@ag.ks.gov, connie.deckard@ag.ks.gov
Lincoln J. Korell: lincoln.korell@nebraska.gov
Mr. Edmund G. LaCour, Jr.: edmund.lacour@alabamaag.gov, rene.whyard@alabamaag.gov
Sheng Tao Li: sheng.li@ncla.legal, notices@ncla.legal
William E. Milks: bill.milks@alaska.gov, alex.bookless@alaska.gov, emma.mullet@alaska.gov, kimberly.halstead@alaska.gov, aidan.eno@alaska.gov
Aaron L. Nielson: aaron.nielson@kirkland.com
Mr. Stephen Michael Pezzi: stephen.pezzi@usdoj.gov
Mr. Anthony John Powell: anthony.powell@ag.ks.gov, nikki.desch@ag.ks.gov

Thomas Pulham: thomas.pulham@usdoj.gov, civilappellate.ecf@usdoj.gov
Mr. Michael Raab: michael.raab@usdoj.gov
Kelsey LeeAnn Smith: smithkel@ag.louisiana.gov
Sarah Nicole Smith: sarah.n.smith@usdoj.gov, civilappellate.ecf@usdoj.gov
Lance Sorenson: lancesorenson@agutah.gov
Mr. Joseph David Spate: josephspate@scag.gov
Mr. Adam Thomas Steinhilber: adam.steinhilber@ag.ks.gov, nikki.desch@ag.ks.gov
Mr. Eric H. Wessan: eric.wessan@ag.iowa.gov
Mr. Michael Zarian: michael.zarian@ag.idaho.gov, isaac.considine@ag.idaho.gov