**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

STATE OF ALASKA, *et al.*,

                Plaintiffs,

       v.

LINDA E. MCMAHON, in her official
capacity as Secretary of Education,
*et al.*,

                Defendants.

No. 6:24-1057-DDC-ADM

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41, Plaintiffs hereby give notice voluntary dismissal of this action.

In parallel litigation in the Eastern District of Missouri, challenging the same agency action at issue in this case, the parties filed a joint motion for entry of final judgment and vacatur of the Department of Education rule that was challenged in this case. *See* Joint Mot. for Entry of Final J., *Missouri v. Trump*, No. 4:24-cv-520-JAR (E.D. Mo. Dec. 9, 2025), ECF No. 91. On March 10, 2026, the district court in Missouri granted the parties' joint motion. Accordingly, Plaintiffs' claims are now moot.

Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendants Linda McMahon, *et al.*, have not served an answer or motion for summary judgment in this action. Plaintiffs accordingly notice voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Date: April 7, 2026                                    Respectfully submitted,


STEPHEN J. COX                                         /s/ James R. Rodriguez
Attorney General of Alaska                             James R. Rodriguez, Kan. No. 29172
                                                       *Assistant Attorney General*
/s/ Cori Mills                                         Kansas Office of the Attorney General
Cori Mills, *pro hac vice*                             Topeka, Kansas 66612-1597
*Deputy Attorney General*                              (785) 368-8197
Alaska Department of Law                               jay.rodriguez@ag.ks.gov
PO Box 11030
Juneau, Alaska 99811-0300
Tel: (907) 465-2132
Email: cori.mills@alaska.gov
*Counsel for Plaintiff State of Alaska*


KEN PAXTON                                             ALAN WILSON
Attorney General of Texas                              Attorney General of South Carolina


/s/ Zachary L. Rhines                                  /s/ Joseph D. Spate
Zachary L. Rhines, *pro hac vice*                      Joseph D. Spate, *pro hac vice*
*Special Counsel*                                      *Deputy Solicitor General*
Special Litigation Division                            1000 Assembly Street
PO Box 12548                                           Columbia, South Carolina 29201
Austin, Texas 78711-2548                               Tel: (803) 734-3371
Tel: (512) 463-2100                                    Email: josephspate@scag.gov
Email: Zachary.Rhines@oag.texas.gov                    *Counsel for Plaintiff State of South Carolina*
*Counsel for Plaintiff State of Texas*